# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160729

DELANA JACKSON, as Attorney in Fact for
DANIELLE JACKSON, and DANIELLE
JACKSON,
      Plaintiffs-Appellants,

v

CITY OF ALLEN PARK and OFFICER S.
HARVEY,
      Defendants-Appellees,
and

OFFICER FRANCO and HENRY JACKSON,
JR.,
      Defendants.

SC: 160729
COA: 343862
Wayne CC: 16-004975-NI

_____/

On order of the Court, the application for leave to appeal the October 3, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



s0916

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2020



Clerk